NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN ALAN SAKON,**
*Plaintiff-Appellant*

**v.**

**JOHN JOHNSON, F. PERRONE, BRUCE D. SKEHAN, PETER BRANDER, NEAL CAVANAUGH, MICHAEL ROBERTS, PETER J. CELIO, WILMARY LABONTE, DANIELLE STONE-MITCHELL, CHRISTOPHER FERREIRA, SETH CONANT, FREED MARCROFT LLC, GLASTONBURY, CT, MANCHESTER, CT, STATE OF CONNECTICUT,**
*Defendants-Appellees*

**FRANCELIA MARIE SEVIN, DENNIS O'TOOLE,**
*Defendants*

---

2024-1747

---

Appeal from the United States District Court for the District of Connecticut in No. 3:23-cv-00107-AWT, Senior Judge Alvin W. Thompson.

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

John Alan Sakon sued local and state officials in the United States District Court for the District of Connecticut alleging various civil rights violations. The district court dismissed the complaint, and Mr. Sakon filed a notice of appeal directed to this court. In response to this court's show cause order, appellees argue that this court lacks jurisdiction, while Mr. Sakon asks for transfer to the United States Court of Appeals for the Second Circuit.[1]

In general, this court's jurisdiction to review district court cases is limited to cases that arise under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or cases that involve certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* § 1295(a)(2). Mr. Sakon's case does not fall within that jurisdiction, and we conclude that transfer to the United States Court of Appeals for the Second Circuit is appropriate. *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

---

[1] Mr. Sakon has moved to file his response to the show cause order out-of-time, ECF No. 14, which is granted.

SAKON v. JOHNSON                                                    3

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

July 24, 2024
Date

Jarrett B. Perlow
Clerk of Court